IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBINSON & COLE LLP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.:_____ |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| MATTERN & ASSOCIATES, LLC, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff Robinson & Cole LLP, ("R&C" or "Plaintiff") files this complaint for declaratory judgment against the Defendant Mattern & Associates, LLC ("Mattern" or "Defendant").

**NATURE OF THE ACTION**

1. Plaintiff seeks a declaratory judgment of non-infringement of alleged copyright(s), asserted against Plaintiff by Defendant.

2. Defendant has asserted that Plaintiff is infringing Defendant's alleged copyright. Plaintiff denies that it has infringed any copyrights owned by Defendant.

**THE PARTIES**

3. R&C is a limited liability partnership engaged in the general practice of law. R&C is organized and existing under the laws of the State of Connecticut, and has its principal office in Hartford, Connecticut.

4. Upon information and belief, Mattern is a limited liability company organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in Pennsylvania.

**JURISDICTION AND VENUE**

5. This is an action for declaratory judgment arising under the United States Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"); and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). Thus, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

6. Venue of this action is proper in the District of Connecticut under 28 U.S.C. § 1391(b)(1) and (2) because Mattern is subject to the personal jurisdiction of this Court under 28 U.S.C. § 1391(c)(2). In addition, a substantial part of the events giving rise to Plaintiff's claims occurred in the District of Connecticut.

**FACTUAL BACKGROUND**

7. R&C is a law firm with its principal office in Hartford, Connecticut.

8. In or before 2008, R&C was considering whether to utilize outside vendors to provide office support services instead of using its own employees to perform these services.

9. Mattern is a consulting services company that holds itself out as able to obtain for its clients the most favorable and competitive pricing for outsourced support services.

10. In or about the first part of 2008, Mattern approached R&C to discuss the outsourcing of R&C's office services function.

11. In June 2008, R&C and Mattern entered into a written consulting services contract whereby Mattern agreed to provide certain services in exchange for R&C's agreement to pay therefor.

12. Pursuant to the consulting services contract, Mattern oversaw a competitive bidding process whereby outside vendors were solicited and asked to submit bids in response to a Request for Proposal ("RFP") that Mattern sent out on R&C's behalf.

13.     Pitney Bowes was the successful proposer, and in early 2010, R&C entered into a contract whereby Pitney Bowes would perform R&C's office services function for a five-year period ending in February 2015.

14.     After Pitney Bowes was selected, the contract between Mattern & R&C was completed, and R&C fully performed all conditions of that contract on its part to be performed.

15.     In or about March 2014, R&C decided to conduct a new competitive bidding process to select a vendor upon expiration of the Pitney Bowes contract.

16.     Mattern sought to contract to perform the 2014 competitive bidding process, but R&C advised Mattern that it would handle the process internally.

17.     In July 2014, after independently developing a new Request for Proposal, R&C issued a Request for Proposal to potential vendors.

18.     The Request for Proposal created by R&C in 2014 is not a reproduction or derivative of any copyrighted RFP of Mattern.

19.     On or about December 15, 2014, Defendant's legal counsel wrote to R&C and threatened litigation against R&C asserting that Mattern had reason to believe that R&C was infringing Mattern's Registered Copyright No. 7,810,908, by allegedly using a reproduction of Mattern's copyrighted RFP, or a derivative work.

20.     In its December 19, 2014 letter, Mattern stated that it had sued another law firm and had obtained a confidential settlement.

21.     Judicial records reflect that Mattern has sued at least two other law firms and that Mattern appears to have a practice of suing its customers.

22.     There presently exists a justiciable controversy regarding the Plaintiff's right to independently procure vendor services with its own resources and whether the materials used by it to do so infringed any copyright rights allegedly owned by Mattern.

### FIRST CLAIM FOR RELIEF
### (Non-Infringement of Copyright)

23.     Plaintiff re-avers and re-states the foregoing Paragraphs 1-22 inclusively as if fully set forth herein.

24.     This is a declaratory judgment action under (i) the United States Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"), and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act).  As an actual justiciable controversy exists by way of the credible threat of immediate litigation, Plaintiff seeks relief from this Court.

25.     Plaintiff is entitled to declaratory judgment that it is not infringing, has not infringed, and is not liable for infringing any valid copyright owned by Mattern.

WHEREFORE, Plaintiff seeks judgment awarding it the following relief:

(a) An Order declaring that Plaintiff has not infringed any valid copyright owned by Mattern;

(b) An Order awarding attorneys' fees, costs and expenses incurred in connection with this action to R&C; and

(c) An Order awarding such other and further relief as this Court deems just and proper.

## JURY DEMAND

The Plaintiff hereby demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury of all issues so triable.

Dated:  January 8, 2015                     Respectfully submitted,

                                            ROBINSON & COLE LLP


                                            By:____/s/Nuala E. Droney_____
                                            Frank F. Coulom, Jr. (ct05230)
                                            Nuala E. Droney (ct27192)
                                            Robinson & Cole LLP
                                            280 Trumbull Street
                                            Hartford, CT 06103
                                            Tel: (860) 275-8200
                                            Fax: (860) 275-8299
                                            Email: fcoulom@rc.com, ndroney@rc.com

-6-